# UNITED STATES DISTRICT COURT
Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOEQUEZ SANGSTER | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:18-cr-00201<br>USM No. 26085-075<br><br>Michel Flanagan<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1 and 2__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 02/13/2024 |
| 2 | Failure to successfully complete outpatient substance abuse treatment and failure to report for drug testing | 03/31/2024 |

The defendant is sentenced as provided in pages 2 through the __3__ of this judgment. The sentence is imposed pursuant to Sentencing Reform Act of 1984.

Defendant has been found not guilty of Violation __3__

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __8965__

Defendant's Year of Birth: __1997__

City and State of Defendant's Residence:
Nashville, Tennessee

07/25/2025
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

July 29, 2025
Date

DEFENDANT: JOEQUEZ SANGSTER
CASE NUMBER: 3:18-cr-00201

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

6 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JOEQUEZ SANGSTER
CASE NUMBER: 3:18-cr-00201

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

One-year term of supervised release with the same conditions as previously imposed.